IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHAN ZACHARY MCMULLEN,                                           PLAINTIFF
#554072

v.                                3:20CV00031-KGB-JTK

BOWERS, et al.                                                                               DEFENDANTS

**ORDER**

Plaintiff Nathan McMullen is a state inmate who filed a Motion to Proceed In Forma Pauperis in order to commence a pro se federal civil rights action without prepayment of the $400.00 filing fees and costs (Doc. No. 2).[1] However, his Motion will be denied because he has not included the necessary financial information in support.

According to the Prison Litigation Reform Act (PLRA), **a prisoner who is allowed to file a civil action in forma pauperis still must pay the full amount of the $350 filing fee.** See 28 U.S.C. § 1915(b)(1). Furthermore, before docketing the complaint or, as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. See 28 U.S.C. § 1915A. **If the case is dismissed for any of these reasons, there is no provision in the Act for a refund of any portion of the filing fee to the prisoner**.

Under the Act, in order for the Court to determine how the $350 filing fee will be paid,

---

[1]Effective May 1, 2013, the civil filing fee increased to $400, due to the implementation of a $50 administrative fee. This $50 fee does not, however, apply to plaintiffs who are granted in forma pauperis status.

**the prisoner is required to submit a calculation sheet <u>prepared and signed by an authorized official of the incarcerating facility</u>. This calculation sheet reflects the deposits and monthly balances in the inmate's trust account at the facility during the six-month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2).** However, the Act also provides that in no event shall a prisoner be prohibited from bringing a civil action because he "has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

IT IS, THEREFORE, ORDERED that

1.  Plaintiff's Motion to Proceed <u>In Forma Pauperis</u> (Doc. No. 2) is DENIED without prejudice.

2.  Plaintiff shall submit either the $400 statutory filing fee or a completed <u>in forma pauperis</u> application, with the required calculation sheet **signed by an authorized official of the prison**, within thirty (30) days of the entry date of this Order.[2]

3.  The Clerk shall send to Plaintiff an <u>in forma pauperis</u> application and calculation sheet.

4.  The Clerk also shall forward a copy of this Order to the Warden and Financial Officer at the Northeast Arkansas Community Correction Center, P.O. Box 487, Osceola, Arkansas 72370-0487

5.  Service is not appropriate at this time.

---

[2] Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states: ". . . If any communication from the Court to a <u>pro se</u> plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding <u>pro se</u> shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."  #

IT IS SO ORDERED this 21st day of February, 2020.

                                                JEROME T. KEARNEY
                                                UNITED STATES MAGISTRATE JUDGE