**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**NATHAN ZACHARY MCMULLEN,
ADC #554072**                                                                          **PLAINTIFF**

**v.**                                      **Case No. 3:20-cv-00031-KGB-JTK**

**BOWERS,** *et al.*                                                                **DEFENDANTS**

<u>**ORDER**</u>

Before the Court are proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 7).  No objections have been filed, and the time to file objections has passed.  After careful consideration, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).  Accordingly, plaintiff Nathan Zachary McMullen's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1).

It is so ordered this 26th day of January, 2021.

Kristine G. Baker
United States District Judge