IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NATHAN ZACHARY MCMULLEN,**
**ADC #554072**                                                                                          **PLAINTIFF**

v.                              Case No. 3:20-cv-00031-KGB-JTK

**BOWERS,** *et al.*                                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Nathan Zachary McMullen's claims are dismissed without prejudice (Dkt. No. 1).

It is so adjudged this 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge